**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*[Additional Counsel Listed on Signature Page]*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE JONES, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ERGATTA, INC.<br><br>  Defendant. | CASE NO. 3:23-cv-00983-LL-AHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Julie Jones, by and through her undersigned attorneys, hereby provides notice of the dismissal of this action **with prejudice** as to Plaintiff Jones' individual claims against Defendant Ergatta, Inc.[1]  Plaintiff's voluntary dismissal is without prejudice as to any claims of the proposed class members. Each party shall bear its own attorneys' fees and costs.

Dated: October 20, 2023

By: */s/ Andrew R. Tate*
Andrew R. Tate

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
Andrew R. Tate (GA Bar # 518068)
*atate@peifferwolf.com*
235 Peachtree Stret NE
Suite 400
Atlanta, GA 30303
Phone: (404) 282-4806

Brandon M. Wise (IL Bar # 6319580)
*bwise@peifferwolf.com*
One U.S. Bank Plaza
Suite 1950 63101
St. Louis, MO 63101
Phone: (314) 833-4825

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
*ron@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006

*Attorneys for Plaintiffs*

---

[1] Defendant has not answered or otherwise appeared in this action, and therefore a notice of dismissal without a court order under Rule 41(a)(1)(A)(i) is the appropriate method to dismiss this action (with prejudice).

2

NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)                                              CASE NO. 23cv983